## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEWIS,

     Plaintiff,                          JUDGMENT IN A CIVIL CASE

   v.                                   Case No.  15-cv-51-jdp

MICHAEL STEPHENS,

     Defendant.

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding.  The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of defendant Michael Stephens dismissing this case.

Approved as to form this 7th day of February, 2017.

_____
James D. Peterson
District Judge

_____         __2_/_8_/_17__
Peter Oppeneer, Clerk of Court        Date