In The United States District Court
For The Western District Of Wisconsin

Richard Lewis,
    Plaintiff,

v.      Case No. 15-cv-51-jdp

Michael Stephen,
    Defendant

## Notice Of Appeal

TO: Judge Peterson
    United States District Court
    Western District of Wisconsin
    120 N. Henry Street
    Madison, WI 53703

    PLEASE TAKE NOTICE that the plaintiff, hereby gives notice the he intends to appeal judgement in the above captioned case number, entered on February 7, 2017 in the United States District Court, Western District of Wisconsin, which the jury came back with a verdict of not guilty for the defendant. I'm filing this notice of appeal in forma pauperis.

Plaintiff: Richard Lewis
    Columbia Correctional Inst.

PO Box 900
Portage, WI 53901

Dated this 7 date of February 2017

Sincerely, *[signature]* 1987

Richard Lewis