IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEWIS,

    Plaintiff,   ORDER

v.

                                                       15-cv-51-jdp

MICHAEL STEPHENS,   App. No. 17-1285

    Defendant.

Plaintiff Richard Lewis has filed a notice of appeal from the judgment that was entered on February 7, 2017. Although plaintiff requests leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Richard Lewis may have until March 6, 2017, to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 10th day of February, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge