IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEWIS,

    Plaintiff,

v.

EDWARD WALL, MICHAEL STEPHENS,
THEODORE ANDERSON, BRYAN GERRY,
and ANDREW MILLER,

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 15-cv-51-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been decided or tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all defendants and this case is dismissed.

Approved as to form this 13th day of March, 2017.

/s/ James D. Peterson

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

3/14/17
Date